# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FUNK, JERRY A. | BANKRUPTCY COURT | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

300 NORTH HOGAN ST #4-104
JACKSONVILLE, FLORIDA 32202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FUNK, JERRY A.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Abbvie Inc. Com | A | Dividend | J | T | Buy | 07/10/20 | J | | |
| 2. Abbvie Inc. Com | | None | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 3. Alerian MLP ETF | | None | | | Sold | 01/06/20 | J | B | |
| 4. Amer Cent Small Cap Growth Inst #█ | | None | | | Sold<br>(part) | 03/25/20 | J | A | |
| 5. Amer Cent Small Cap Growth Y#█ | D | Distribution | M | T | Spinoff<br>(from line 4) | 05/21/20 | J | | |
| 6. Am South Bank of FLA IRA | A | Interest | J | T | | | | | |
| 7. Artisan Intl FD #█ | A | Dividend | L | T | Sold<br>(part) | 01/31/20 | L | D | |
| 8. Artisan Intl FD #█ | B | Distribution | L | T | Sold<br>(part) | 03/25/20 | K | C | |
| 9. Artisan Mid Cap Fund #█ | E | Distribution | M | T | Buy | 03/25/20 | L | | |
| 10. Ashmore Emerg Mkts CR DB-Ins | C | Dividend | | | Sold | 03/25/20 | M | A | |
| 11. AT&T Inc. | A | Dividend | J | T | | | | | |
| 12. Atlanta, GA WTR & WSTEWTR X | A | Interest | J | T | | | | | |
| 13. Black Rock GL L/S Credit-k #█ | | None | | | Sold | 01/31/20 | L | B | |
| 14. Blackstone Group Inc. CL A | A | Dividend | J | T | Buy | 08/28/20 | J | | |
| 15. Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 16. Boeing Co. | A | Dividend | J | T | | | | | |
| 17. BNY Mellon Tax Sensitive Tot | B | Dividend | J | T | Buy<br>(add'l) | 03/25/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BNY Mellon Tax Sensitive Tot | | None | | | Sold | 06/17/20 | M | B | |
| 19. Chevron Texaco Corp | A | Dividend | J | T | Buy (add'l) | 08/18/20 | J | | |
| 20. Chevron Texaco Corp | | None | | | Sold (part) | 10/30/20 | J | B | |
| 21. Citigroup Inc. | A | Dividend | | | Sold | 08/28/20 | J | B | |
| 22. Coca Cola (common) | D | Dividend | O | T | | | | | |
| 23. Cohen & Steers PR Sec & Inc #█ | C | Dividend | L | T | Buy | 01/31/20 | L | | |
| 24. Cohen & Steers Realty Shares #█ | C | Dividend | M | T | Buy | 03/25/20 | L | | |
| 25. Cohen & Steers Realty Shares #█ | B | Distribution | M | T | | | | | |
| 26. CVS Health Corp. Com | A | Dividend | J | T | | | | | |
| 27. Delta Airlines Inc. | A | Dividend | | | Sold | 05/15/20 | J | B | |
| 28. Dodge & Cox Int'l STK Fund #█ | B | Dividend | L | T | Sold (part) | 01/31/20 | K | D | |
| 29. Dodge & Cox Int'l STK Fund #█ | | None | | | Sold (part) | 03/25/20 | K | A | |
| 30. Dodge & Cox Int'l STK Fund #█ | C | Dividend | M | T | Buy (add'l) | 03/25/20 | L | | |
| 31. Dodge & Cox Int'l STK Fund #█ | D | Distribution | M | T | | | | | |
| 32. Downtown Savannah ATH GA X | A | Interest | J | T | | | | | |
| 33. Duke Energy Corp New | A | Dividend | | | Sold | 05/08/20 | J | D | |
| 34. Evergreen Core Equity Com STK FD | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Evergreen Enhanced S&P 500 FD CL | A | Dividend | K | T | | | | | |
| 36. Evergreen Enhanced S&P FD CL I | A | Interest | J | T | | | | | |
| 37. Evergreen Equity TR SPL Values FD | A | Interest | J | T | | | | | |
| 38. Evergreen FDS Emerging MKTS Growth | A | Interest | J | T | | | | | |
| 39. Evergreen FDS FLA MUN BD PORT | A | Interest | J | T | | | | | |
| 40. Evergreen International Bond FD CL 1 | A | Dividend | J | T | | | | | |
| 41. Evergreen Large Cap Eq Fund | A | Dividend | J | T | | | | | |
| 42. Evergreen Large Cap Equity FD Class I | A | Interest | J | T | | | | | |
| 43. Evergreen Select Equity | A | Interest | J | T | | | | | |
| 44. Fidelity New Markets Inc Z # | B | Dividend | L | T | Buy | 03/25/20 | L | | |
| 45. First TR Exchange Traded FD VI | A | Dividend | | | Sold | 09/04/20 | J | C | |
| 46. FT Unit 726 DIV INC TR SER 3 | A | Dividend | J | T | | | | | |
| 47. Guggenheim S & P 500 EQU Weight | A | Dividend | J | T | | | | | |
| 48. Harbor Capital Aprction-Inst # | E | Distribution | N | T | Buy<br>(add'l) | 03/25/20 | L | | |
| 49. Hartford Midcap Fund-Y # | | None | | | Sold | 03/25/20 | L | A | |
| 50. Hilliard Lyons Gov't Fund Inc. | A | Interest | J | T | | | | | |
| 51. Home Depot Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Interlocal KY SCH DIST BD | A | Interest | K | T | | | | | |
| 53. Inv Opp Develop Mrkts R6 #▮ | A | Dividend | L | T | Sold (part) | 03/25/20 | L | B | |
| 54. IShares Core MSCI Emerging | A | Dividend | K | T | | | | | |
| 55. ISHARES Russell Mid-Cap ETF | C | Dividend | N | T | Buy (add'l) | 03/25/20 | L | | |
| 56. ISHARES S&P Mid-Cap 400 G | A | Dividend | K | T | | | | | |
| 57. ISHARES S&P 500 GRW ETF | A | Dividend | L | T | | | | | |
| 58. Ishares Core S&P 500 ETF | D | Dividend | N | T | Buy | 01/31/20 | L | | |
| 59. ISHARES S & P 500 GRW FD | A | Dividend | K | T | | | | | |
| 60. ISHARES S & P VLU INDX 500 | A | Dividend | L | T | | | | | |
| 61. ISHARES S & P M/C 400 GRW | A | Dividend | K | T | | | | | |
| 62. ISHARES S & P M/C VLU 400 | A | Dividend | L | T | | | | | |
| 63. ISHARES S & P S/C 600 GRW | A | Dividend | L | T | | | | | |
| 64. ISHARES S & P S/C 600 VLU | A | Dividend | K | T | | | | | |
| 65. ISHARES TR MSCI Emerging | A | Dividend | K | T | | | | | |
| 66. ISHARES Short Maturity Bond | A | Dividend | | | Merged (with line 67) | 12/23/20 | | | |
| 67. Black Rock Short Maturity Bond | A | Dividend | K | T | | | | | |
| 68. John Hancock Multi Fact LRG | | None | | | Sold | 03/27/20 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. JP Morgan Alerian MLP Index | A | Dividend | | | Buy | 01/06/20 | J | | |
| 70. JP Morgan Alerian MLP Index | | None | | | Sold | 03/13/20 | J | A | |
| 71. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 72. JP Morgan Mid Cap Value-L # | B | Dividend | | | Sold | 03/25/20 | L | A | |
| 73. JP Morgan High Yield-I # | A | Dividend | | | Sold | 01/31/20 | K | A | |
| 74. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 75. Lake Central Ind Multi-District RFDG BD | A | Interest | J | T | | | | | |
| 76. McDonalds Corp | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 77. Merger Fund Class Inst # | | None | | | Sold | 03/25/20 | K | B | |
| 78. MFS Value Fund R6- | C | Dividend | M | T | | | | | |
| 79. MFS Value Fund R6 | B | Distribution | M | T | | | | | |
| 80. Morgan Stanley Private Bank NA | A | Interest | J | T | | | | | |
| 81. Neuberger Berman Long SH-INS # | | None | | | Sold | 03/25/20 | L | D | |
| 82. Nextera Energy Inc. | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 83. Nuveen High Yield Muni BD-R6 # | B | Dividend | K | T | Sold<br>(part) | 03/25/20 | J | A | |
| 84. Nuveen Int Duration BD FD R # | D | Dividend | M | T | Sold<br>(part) | 03/25/20 | L | A | |
| 85. Nuveen LTD Term Muni BD R | C | Dividend | M | T | Buy<br>(add'l) | 01/31/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Nuveen LTD Term Muni BD R█ | | None | | | Sold<br>(part) | 03/25/20 | L | A | |
| 87. | O'Shares FTSE U.S. Quality Div. | A | Dividend | | | Sold | 10/02/20 | J | A | |
| 88. | Pfizer Inc. | A | Dividend | J | T | | | | | |
| 89. | Pimco Comm. Real Ret Strat-I#█ | A | Dividend | L | T | Sold<br>(part) | 01/31/20 | L | A | |
| 90. | Pimco Enhanced Shrt Mtrt Exc | A | Dividend | K | T | | | | | |
| 91. | Pimco Emerging Markets Bond FD | A | Dividend | K | T | | | | | |
| 92. | Pimco Foreign BD FD US$ Hedged Inst CL | A | Interest | K | T | | | | | |
| 93. | Pimco Total Return ETF | A | Dividend | K | T | | | | | |
| 94. | Principal High Yield R6 #█ | B | Dividend | K | T | Buy | 01/31/20 | K | | |
| 95. | Procter & Gamble | A | Dividend | J | T | | | | | |
| 96. | Putnam Int'l Equity Fund Class A | A | Dividend | J | T | | | | | |
| 97. | Qualcomm Inc. | A | Dividend | J | T | Buy | 09/04/20 | J | | |
| 98. | Wells Fargo Bank Secured Market Deposit Account | A | Interest | M | T | | | | | |
| 99. | Smith Barney Money Market | A | Interest | J | T | | | | | |
| 100. | Smith Barney Muni Funds FLA Portfolio Class A | A | Dividend | J | T | | | | | |
| 101. | Southern Company | A | Dividend | J | T | | | | | |
| 102. | SPDR DJ Wilshire Int'l Real | A | Dividend | | | Sold | 03/25/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  SPDR EM Mkts Div ETF | A | Dividend | | | Sold | 03/04/20 | J | C | |
| 104.  SPDR SSGA Multi-Asset Real RTN | | None | | | Sold | 03/13/20 | K | E | |
| 105.  Starbucks Corp Washington | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 106.  Sterling Capital Stratton Small Cap | D | Distribution | L | T | Buy | 03/25/20 | L | | |
| 107.  Sterling Capital Stratton Small Cap | A | Dividend | L | T | | | | | |
| 108.  The Financial Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 109.  TCW Emerging Markets Inc #█████ | C | Dividend | M | T | Buy | 03/25/20 | M | | |
| 110.  T Rowe Price Inst Emerging Markets Equity Fund #██ | A | Dividend | J | T | Sold<br>(part) | 03/25/20 | J | A | |
| 111.  T Rowe Price Real Estate FD | A | Dividend | J | T | | | | | |
| 112.  T Rowe Price Real Estate FD #██ | | None | | | Sold | 03/25/20 | L | A | |
| 113.  Total S A Spon ADR | A | Dividend | | | Sold | 08/18/20 | J | D | |
| 114.  Touchstone Mid Cap Inst #███ | B | Distribution | M | T | Buy | 03/25/20 | L | | |
| 115.  Truist Finl Corp | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 116.  Undiscovered Mngrs Behav Val-L #███ | A | Dividend | | | Sold | 03/25/20 | L | A | |
| 117.  Uniti Group Inc. | A | Dividend | J | T | | | | | |
| 118.  Vanguard FTSE Emerging Markets Ref:<br>████████ | A | Dividend | K | T | | | | | |
| 119.  Vanguard FTSE Developed Markets | A | Dividend | | | Sold | 06/18/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Vanguard Inflat-Prot Secs-ADM #■ | A | Dividend | K | T | | | | | |
| 121. Vanguard Index FDS S&P 500 ETF | A | Dividend | L | T | Buy | 03/27/20 | K | | |
| 122. Vanguard REIT ETF | A | Dividend | K | T | | | | | |
| 123. Vanguard Tax Exempt MMKT | C | Dividend | M | T | | | | | |
| 124. Vanguard REIT Viper | B | Dividend | L | T | | | | | |
| 125. Vanguard Interm Term T/E FD-ADM #■ | D | Dividend | N | T | Buy | 01/31/20 | K | | |
| 126. Verizon Communications | A | Dividend | J | T | | | | | |
| 127. Virginia State HSG AUTH COMWLTH MTG SER | A | Interest | J | T | | | | | |
| 128. Wachovia | C | Interest | M | T | | | | | |
| 129. Wash. St. Real Estate, Jax, FL current value ($242,487) | | None | | | Sold | 10/05/20 | N | D | |
| 130. Wells Fargo & Co. fka Wachovia Corp 2nd | A | Dividend | J | T | | | | | |
| 131. Wells Fargo Dis US CR-R6 #■ | | None | | | Sold | 03/25/20 | M | A | |
| 132. Windstream | | None | | | Closed | 09/21/20 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FUNK, JERRY A.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment listed on Line 4 of my report, Amer Cent Small Cap Grwth Inst #▇▇▇ was exchanged for the investment listed on Line 5 of my report, Amer Cent Small Cap Y #▇▇▇, on May 21, 2020.

On December 23, 2020, the asset listed on Line 66 of my report, I Shares Short Maturity Bond, was renamed Black Short Maturity Bond, which is listed on Line 67 of my report.

On September 21, 2020, Windstream, the asset listed on Line 132 of my report, was rendered worthless as a result of a Chapter 11 Bankruptcy proceeding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JERRY A. FUNK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544